IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DELOIS BROWN o/b/o L.E.B.,                                                      PLAINTIFF

v.                              2:20cv00062-JJV

ANDREW SAUL,
Commissioner,
Social Security Administration,                                                 DEFENDANT

## ORDER AND JUDGMENT

Plaintiff has filed a Motion to Remand (Doc. No. 19).  Defendant responded and defers to the Court.  (Doc. No. 20.)  Plaintiff seeks to incorporate L.B.'s records from Kids for the Future.  As the Commissioner correctly points out:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security . . . .

42 U.S.C. § 405(g) (1995).

Under the circumstances stated in the respective motions, there is good cause shown and remand is proper.  Plaintiff's Motion to Remand (Doc. No. 19) is hereby granted, and this case is remanded to the Commissioner.  This is a "sentence six" remand.  The Clerk is directed to administratively close this file.  The Court appreciates the Commissioner's position on this matter.

IT IS SO ORDERED this 26th day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE